### JOHN HESTER v. STATE.

No. A-1977.   Opinion Filed May 16, 1914.

Appeal from County Court, Pottawatomie County;
Hal Johnson, Judge.

John Hester was convicted of gaming, and appeals. Affirmed.

Pitman & Goode, for plaintiff in error.

C. J. Davenport, Asst. Atty. Gen., for the State.

PER CURIAM. Plaintiff in error, John Hester, was convicted at the January, 1913, term of the county court of Pottawatomie county on a charge of conducting a gambling game, and his punishment fixed at a fine of $250 and imprisonment in the county jail for a period of thirty days. Upon a careful examination of this record we are of opinion that the accused had a fair and impartial trial and that no prejudicial error occurred in the trial court. The judgment is therefore affirmed.